IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) CA No. | 05-2314 Ma V |
| | ) | |
| ANDERSON IVIE | ) | |
| 1618 Janis Drive | ) | |
| Memphis, TN 38116, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER APPOINTING SPECIAL PROCESS SERVER

Upon consideration of the United States' motion for special appointment to serve process and the entire record herein, and good cause having been shown, it is hereby

ORDERED, that Revenue Officer Nancy J. Wells is appointed special process server who will serve upon Anderson Ivie the show cause order, the United States' petition to enforce summons, the memorandum of points and authorities in support thereof, accompanying declaration of Revenue Officer Nancy J. Wells and any other documents required by this Court.

DONE at Memphis, Tennessee this 6th day of May, 2005.

_Diane K. Vescovo_
UNITED STATES ~~DISTRICT~~ JUDGE
_Magistrate_

1 This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-11-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02314 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

Lindsey W. Cooper
Trial Attorney
P.O. Box 020705
Washington, DC 20044

Honorable Samuel Mays
US DISTRICT COURT