FILED BY _____ D.C.
05 JUL 18 AM 11: 40
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

VS.                      NO. 05-2314-MaV

ANDERSON IVIE,

    Respondent.

## ORDER TO SHOW CAUSE

On May 10, 2005, Magistrate Judge Diane Vescovo entered an Order to Show Cause ordering the respondent, Anderson Ivie, to show cause why he should not be compelled to obey a United States administrative summons served upon him on January 27, 2005. Subsequently, Magistrate Judge Vescovo entered an order on June 14, 2005, compelling the Respondent to comply with the administrative summons by appearing to give testimony before an Internal Revenue officer and further to produce certain books and records. Mr. Ivie has failed to comply with either of the previously entered orders.

A **Show Cause Hearing** is **set** on **Wednesday, August 17, 2005, at 2:30 p.m.,** before U. S. District Judge Samuel H. Mays, Jr., Courtroom No. 2, Clifford Davis Federal Building, Memphis, Tennessee, at which time and place Anderson Ivie is **ORDERED** to show cause why he should not be required to comply with the

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-19-05

12

court's previously entered orders. Failure to appear may result in issuance of a warrant for the arrest of respondent.

It is so ORDERED this 15th day of July, 2005.

*[signature]*

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02314 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

Lindsey W. Cooper
U.S. DEPARTMENT OF JUSTICE
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

Honorable Samuel Mays
US DISTRICT COURT